[No. 30052-1-I. Division One. April 12, 1993.]

KING COUNTY, *Respondent*, v. PETER CHORAK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-18509-5, Peter K. Steere, J., entered Janu-

ary 3, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Baker, JJ.